IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MURAT PISIL, INDIVIDUALLY,<br>Appellant,<br>vs.<br>WHITTLESEA BLUE CAB COMPANY,<br>A NEVADA CORPORATION,<br>Respondent. | No. 84995 |

**FILED**

AUG 3 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This appeal was docketed on July 12, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). Because the filing fee was due at the time the notice of appeal was filed, on that same day this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal. On July 28, 2022, the notice was returned to this court as undeliverable as addressed and unable to be forwarded. On July 28, 2022, this court resent the notice to a different address. This notice has not been returned as undeliverable. To date, appellant has not paid the filing. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

 
22-27132

cc:    Hon. Adriana Escobar, District Judge
Murat Pisil
Mark E. Trafton
Eighth District Court Clerk